# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

––––––––––––––––––––––––––––

Case No. 5D21-2755
LT Case No. 20-CA-24711

––––––––––––––––––––––––––––

REGINAL L. HOLSTON,

      Appellant,

      v.

LORI HARDY, RYAN ENGLISH AND
WAYNE IVEY,

      Appellees.

––––––––––––––––––––––––––––

On appeal from the Circuit Court for Brevard County.
David Dugan, Judge.

Reginal L. Holston, Bowling Green, pro se.

Ashley Moody, Attorney General, Tallahassee, and Ivy Pereira Rollins, Assistant Attorney General, Tampa, for Appellees, Lori Hardy and Ryan English.

Thomas A. Poulton and Robert D. Holborn, II, of DeBevoise & Poulton, P.A., Winter Park, for Appellee, Wayne Ivey.

August 22, 2023

PER CURIAM.

      AFFIRMED.

WALLIS, LAMBERT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____